FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNIE T. PIKE,<br><br>    Plaintiff,<br><br>vs.<br><br>GLEN IVY HOT SPRINGS dba<br>GLEN IVY DAY SPA, BREA;<br>SIMON PROPERTY<br>GROUP, INC.; and DOES<br>1 to 10, inclusive.<br><br>    Defendants. | CASE NO. SACV 10-01083<br>AG(MLGx)<br><br>[~~PROPOSED~~] JUDGMENT<br>UNDER F.R.C.P. 68 |

Defendants' offer of judgment under Federal Rule of Civil Procedure 68 having been accepted by Plaintiff,

1

IT IS THEREFORE ORDERED AND ADJUDGED THAT PLAINTIFF is hereby awarded $50,000 plus, in addition thereto, reasonable attorneys' fees and costs accrued through the date of service of Defendants' Rule 68 offer, to be determined by the Court upon motion.

Dated: 12/1/11

_____
United States District Judge
ANDREW J. GUILFORD

[PROPOSED] JUDGMENT UNDER F.R.C.P. 68